# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARK RISSINGER and KRISTEN RISSINGER,** : | CIVIL ACTION NO. 1:14-CV-2439 |
| : | (Chief Judge Conner) |
| **Plaintiffs** : | |
| v. : | |
| **STATE FARM INSURANCE COMPANY,** : | |
| **Defendant** : | |

## ORDER & JUDGMENT

AND NOW, this 27th day of May, 2016, upon consideration of defendant's motion (Doc. 20) for summary judgment, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Defendant's motion (Doc. 20) is GRANTED in its entirety.

2. Judgment is ENTERED in favor of defendant and against plaintiffs on plaintiffs' breach of contract claim.

3. The Clerk of Court is directed to CLOSE this case.

        /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania